TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
RUDOLPH JIMENEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIDAL DOMINIC FABELA, ET AL.,<br><br>　　　　Defendant. | No. 2:12-CR-0392 JAM<br><br>STIPULATION AND ORDER FOR PRE-PLEA CRIMINAL HISTORY EVALUATION FOR RUDOLPH JIMENEZ |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

　　1.　On March 26, 2013, the parties first appeared before the Court for a Status Conference. The matter was continued until August 13, 2013 at 9:45 a.m., to allow the defendants and their counsel to review discovery.

　　2.　The United States has provided a large amount of discovery to defense counsel.

　　3.　The United States and counsel for the defendant have discussed the possibility of a plea in this case. We believe it would be appropriate for the United States Probation Office to

prepare a criminal history evaluation, and determine the criminal history category, for defendant prior to a change of plea. As such, the parties request that this Court make such an order.

      a. The criminal history for defendant is ambiguous and his criminal history cannot be determined with sufficient confidence to adequately advise the defendant of the consequences of a change of plea. Moreover, an accurate calculation of the defendant's criminal history category would significantly aid in the settlement of this matter. I have notified the probation department of our intention to file this proposed order.

  The government has authorized the defense counsel for defendant to sign this stipulation on her behalf.

IT IS SO STIPULATED.

Dated: May 8, 2013                                 U.S. ATTORNEY

                                              by:   /s/ Jill M. Thomas
                                                          JILL M. THOMAS
                                                          Assistant U.S. Attorney
                                                          Attorney for the United States

Dated: May 8, 2013                                 /s/ Tasha Paris Chalfant
                                                          TASHA PARIS CHALFANT
                                                          Attorney for Defendant
                                                          RUDOLPH JIMENEZ

## O R D E R

IT IS SO FOUND AND ORDERED this 9th day of May, 2013.

                                                 /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE